# NO. 12-22-00281-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN THE GUARDIANSHIP OF* | § | *APPEAL FROM THE* |
| *RAYMOND GARRETT STRBAN,* | § | *COUNTY COURT AT LAW NO. 2* |
| *AN INCAPACITATED ADULT* | § | *ANGELINA COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

This appeal is being dismissed for failure to comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.3.

Shawna Benge filed a notice of appeal on October 20, 2022. Pursuant to Rule 32.1, her docketing statement was due to have been filed at the time appeal was perfected. *See* TEX. R. APP. P. 32.1. That same day, this Court requested that Appellant file a docketing statement within ten days if she had not already done so. Appellant did not file a docketing statement as requested.

On November 2, the Clerk of this Court issued a notice advising Appellant that her docketing statement was past due. The notice provided that unless the docketing statement was filed on or before November 14, the appeal would be presented for dismissal in accordance with Texas Rule of Appellate Procedure 42.3. Appellant did not file the required docketing statement or otherwise respond to this Court's notice.

Accordingly, because Appellant failed, after notice, to comply with Rule 32.1, the appeal is ***dismissed***.[1] *See* TEX. R. APP. P. 42.3(c) (after giving ten days' notice, appellate court may dismiss appeal because appellant failed to comply with a requirement of the appellate rules, a

---

[1] We also note that Appellant's notice of appeal fails to contain the information specifically required by Texas Rule of Appellate Procedure 9.5 and Section 51.017(a) of the Texas Civil Practice and Remedies Code. *See* TEX. R. APP. P. 9.5 (service); *see also* TEX. CIV. PRAC. & REM. CODE ANN. (West Supp. 2019) (notice of appeal must be served on each court reporter responsible for preparing reporter's record).

court order, or a notice from the clerk requiring a response or other action within a specified time).

Opinion delivered November 17, 2022.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**NOVEMBER 17, 2022**

**NO. 12-22-00281-CV**

**IN THE GUARDIANSHIP OF RAYMOND GARRETT STRBAN,
AN INCAPACITATED ADULT**

---

Appeal from the County Court at Law No. 2

of Angelina County, Texas (Tr.Ct.No. 017-17-G)

---

THIS CAUSE came on to be heard on the appellate record, and the same being considered, it is the opinion of this Court that the appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that this appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J*